**David PRENATT, Plaintiff–Appellant,**

v.

**G.W. WILLIAMS CO., dba Sierra Robles Apts.; et al., Defendants– Appellees.**

**No. 08–15009.**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

David Prenatt, Davis, CA, pro se.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

David Prenatt appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that his constitutional rights were violated by state court eviction proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e). *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order).

We affirm for the reasons stated in the district court's order of dismissal entered on December 3, 2007, 2007 WL 4239557, which adopted the magistrate judge's find-

ings and recommendations entered on November 6, 2007, 2007 WL 3313660.

Prenatt's remaining contentions are unavailing.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.